UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TIMM,<br><br>    Plaintiff,<br><br>  v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 16-cv-01873-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 26 |

On September 13, 2016, the Court held a case management conference and directed the parties to submit a stipulation regarding a proposed case schedule with a seven-day jury trial beginning on June 26, 2017. Dkt. No. 25. The parties submitted their stipulation and proposed order on September 28, 2016. Dkt. No. 26.

The Court has considered the parties' proposed schedule and hereby enters the following case schedule:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 29, 2017 |
| Plaintiff Expert Disclosure and Reports | April 7, 2017 |
| Defendant Expert Disclosure and Reports | April 7, 2017 |
| Rebuttal Expert Disclosures | April 17, 2017 |
| Last day to complete expert depositions | April 28, 2017 |
| Last day for Non-Expert Discovery Motions to be Heard | May 4, 2017 |
| Last day for dispositive motions to be heard | May 4, 2017 at 2:00 p.m. |

| Final Pre-Trial Conference | June 13, 2017 at 3:00 p.m. |
| --- | --- |
| Jury Trial | June 26, 2017 at 8:30 a.m. 7 days |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  October 5, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge