# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curt Timm                             , | CASE No: 3:16-cv-01873-HSG |
|       Plaintiff(s) | |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS |
| Amica Mutual Insurance Company        , | |
|       Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
    Mediation with Michael Ney
    1211 Newell Ave.
    Walnut Creek, CA 94596; (925) 939-5330

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: December 9, 2016

Date:  October 24, 2016

                            Attorney for Plaintiff

Date:  October 24, 2016

                            Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  10/27/2016

                            U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 7-2016*